IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re CARLOS M. ARGUETA, F63367,

              Plaintiff.

_____

No. C 13-2745 CRB (PR)

ORDER OF DISMISSAL

On June 13, 2013, the clerk filed as a new action a letter by plaintiff alleging various wrongdoing at San Quentin State Prison (SQSP). On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

Plaintiff has filed a response explaining that he did not intend to file a new action, but rather to send "an informative letter" explaining how bad things have gotten at SQSP. "At no time was it my intention to file a case." Docket #5 at 1. Good cause appearing, the case is DISMISSED without prejudice.

The clerk is instructed to close this matter as improvidently opened. No filing fee is due.

SO ORDERED.

DATED: July 15, 2013        _____
                                CHARLES R. BREYER
                                United States District Judge

G:\PRO-SE\CRB\CR.13\Argueta, C.13-2745.dismissal.wpd